### LUKE P. WEATHERBY *vs.* WILLIAM H. BROWN.

In an action on an amended declaration, the plaintiff may put in evidence a deposition taken, and the answers to interrogatories filed, before the amendment.

CONTRACT on a promissory note signed by the defendant. After entry of the action in the superior court, the plaintiff filed interrogatories to the defendant, and took the deposition of Cyrus T. Taylor, and afterwards was allowed to substitute for his declaration another declaration on the same note. At the trial, before *Scudder*, J., the plaintiff was allowed, against the objection of the defendant, to put in evidence the deposition of Taylor, and the defendant's answers to the interrogatories. The jury returned a verdict for the plaintiff, and the defendant alleged exceptions.

*C. A. F. Swan*, for the defendant.

*J. F. McEvoy*, for the plaintiff.

CHAPMAN, C. J. Depositions may be taken at any time after a cause is commenced by the service of process. Gen. Sts. *c.* 131, § 19. Interrogatories to the party may be filed at any time after entry of the action. Gen. Sts. *c.* 129, § 46 *& seq.* There is no provision that an amendment of the declaration shall operate to exclude the use of depositions or answers to interrogatories taken before the amendment. The action still proceeds for the same cause, for although the power to allow amendments is extensive, still they cannot be allowed for a new cause of action. Gen. Sts. *c.* 129, § 41. We see no just ground of objection to the admission of the deposition or answers to interrogatories after the amendment, nor any reasons why the rule should be changed.

*Exceptions overruled.*